# NOTICE OF BANKRUPTCY SALE

**SALE OF BUSINESS ASSETS OF**
**APF Group, Inc. d/b/a A.P.F. Master Framemakers, a/k/a APF Munn**
S.D.N.Y. Bankruptcy Case No. 09-23696 (rdd)

**ASSETS**
Substantially all of the Debtor's assets, including: (a) the Debtor's interest in their leases for nonresidential real property for their Yonkers, NY, New York City, NY and Greenwich, CT premises; (b) all furniture, fixtures and equipment appurtenant thereto, (c) inventor, account, and (d) all customer related assets

**MIN. OPENING BID $2,301,616**
**EACH BID IN INCREMENTS OF $10,000.00**
(CERT. CK. IN AMT OF 10% OF BID REQ. AT SALE)
**ALL BIDS MUST BE RECEIVED BY FEBRUARY __, 2011 AT 4:00 P.M.**
**TO PARTICIPATE IN THE AUCTION YOU MUST**
**SUBMIT AN OPENING BID DEPOSIT AND BIDDER**
**REGISTRATION FORM BY FEBRUARY __, 2011**

**TIME AND PLACE OF AUCTION:**
February __, 2011 at 2:00 p.m.
Rattet, Pasternak & Gordon-Oliver, LLP
550 Mamaroneck Avenue, Suite 510
Harrison, New York 10532

**CONTACT FOR ADDITONAL INFORMATION AND BID PROCEDURES:**
Bidding Procedures are filed with the Bankruptcy Court and available upon request to:
Jonathan S. Pasternak, Esq.
Julie A. Cvek, Esq.
Rattet, Pasternak & Gordon Oliver, LLP
550 Mamaroneck Avenue, Suite 510
Harrison, New York 10528
Email: jcvek@rattetlaw.com
Phone: (914) 381-7400