**In re APF Group, Inc.**
**SDNY Case No. 09-23696**
**Schedules of Executory Contracts and Lease to Sale Motion**

| Party to Lease | Lease Description | Account Number | Remaining Balance | Remaining Months | Monthly Payment | Expiration Date | Cure Amount |
|---|---|---|---|---|---|---|---|
| **Real Estate Leases** | | | | | | | |
| 215 East 59th Street | NYC Showroom | | | | $18,000.00 | Apr-20 | $0.00 |
| Hampshire Management | Yonkers warehouse and factory | | | | $49,496.57 | Mar-18 | $601,616.00 |
| GHP Office Realty, LLC | Greenwich, CT Showroom | | | | $6,700.00 | Jan-12 | $0.00 |
| | | | | | | | |
| **Motor Vehicle Leases** | | | | | | | |
| Ford Motor | 2006 E-250 Van | 41191424 | $8,259.94 | 26 | $317.69 | Mar-13 | $0.00 |
| Ford Motor | 2009 Escape SUV | 44585876 | $7,923.45 | 15 | $528.23 | Mar-12 | $0.00 |
| | | | | | | | |
| **Equipment Leases** | | | | | | | |
| New World Equipment Funding | Fire Alarm System | 70-2199 | $16,795.00 | 6 | $2,799.17 | May-11 | $0.00 |
| First Federal Leasing | Racking System | 108252 | $8,146.10 | 29 | $280.90 | Oct-12 | $0.00 |
| TCF Equipment Finance Inc. | Fork Lift | 6062778 | $4,000.00 | 20 | $211.26 | Aug-12 | $0.00 |
| Leaf Funding, Inc. | Copier | 036-6267942-001 | $10,000.00 | 36 | $250.00 | Dec-13 | $0.00 |
| GE Capital | Industrial Spray Booth | 4444881-003 | $15,739.73 | 48 | $354.14 | Feb-14 | $0.00 |
| GE Capital | Compressor | 4444881-004 | $57,428.77 | 48 | $1,292.15 | Feb-14 | $0.00 |
| GE Capital | Security System | 4444881-006 | $26,903.59 | 48 | $605.33 | Feb-14 | $0.00 |
| GE Capital | Speedy Pack | 4321016-001 | | | | | $0.00* |
| GE Capital | Matt Cutter | 4321016-003 | | | | | $0.00* |
| GE Capital | Spiral Cutter | 4321016-002 | | | | | $0.00* |
| | | | | TOTAL | $80,835.44 | | $601,616.00 |

* There is no cure amount due under the contracts. However, the Debtor negotiated significantly reduced buyouts on these contracts. The buyout on the Speedy Pack is $3,716.42. The buyout on the Matt Cutter is $1,371.48. The buyout on the Spiral Cutter is $1,987.42.