UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re:

APF GROUP, INC.,                                    Chapter 11
d/b/a A.P.F. MASTER FRAMEMAKERS,                    Case No. 09 B 23696 (RDD)
a/k/a APF MUNN,

                        Debtor.
---------------------------------------------------------------X

**ORDER SCHEDULING HEARING ON SHORTENED NOTICE WITH RESPECT TO DEBTOR'S MOTION SEEKING ENTRY OF: (I) SALE PROCEDURES ORDER (A) APPROVING BIDDING PROCEDURES, (B) APPROVING A BREAK-UP FEE, (C) APPROVING THE FORM AND MANNER OF NOTICE, AND (D) SCHEDULING AN AUCTION AND SALE HEARING; AND (II) SALE APPROVAL ORDER (A) AUTHORIZING THE SALE OF SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS INTERESTS AND ENCUMBERANCES, (B) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORTY CONTRACTS AND LEASES IN CONNECTION THEREWITH, (C) GRANTING THE SUCCESSFUL BIDDER GOOD FAITH STATUS, (D) WAIVING THE FOURTEEN DAY STAY OF SALE ORDER, AND (E) GRANTING RELATED RELIEF**

Upon the motion (the õMotionö)[1] of APF Group, Inc. d/b/a A.P.F. Master Framemakers, a/k/a APF Munn, the above captioned debtor and debtor-in-possession (the "Debtor"), by its attorneys, Rattet, Pasternak & Gordon-Oliver, LLP, dated January 12, 2011 pursuant to the Southern District of New York Administrative Guideline Order GM-331 for the conduct of asset sales, seeking for two Orders: (I) Sale Procedures Order: (a) establishing bidding procedures to govern the Sale of certain the Debtorøs Assets between the Debtor and the Purchaser, subject to higher and better bids; (b) approving a Break-Up Fee; (c) scheduling an Auction to sell the Assets; (d) scheduling a Sale Hearing; and (e) approving the form and manner of notice of the Sale, the Bidding Procedures, the Auction and the Sale Hearing; and (II) Sale Approval Order:

---
[1] Capitalized terms used herein and not otherwise defined shall have the meaning set forth in the Ex Parte Application.

(a) approving the Sale of the Debtor's Assets in accordance with the results of the Auction to the Successful Bidder; (b) authorizing the assumption and assignment of certain executory contracts and leases in connection with the Sale; (c) granting the Successful Bidder good faith status; and (d) waiving the fourteen day stay of the Order, and granting related relief, it is now hereby

**ORDERED**, that a hearing shall be held before this Court on **January 21, 2011 at 10:00 a.m.** or as soon thereafter as counsel can be heard before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court, 300 Quarropas Street, Courtroom 118, White Plains, New York 10604, or as soon thereafter as counsel can be heard to consider (i) entry of the Sale Procedures Order and (ii) any objections, if any, filed thereto; and it is further

**ORDERED,** that a copy of this Scheduling Order shall be served by overnight delivery, facsimile or email on or before January 14, 2011, upon: (i) Office of the United States Trustee; (ii) counsel to the Committee; (iii) counsel to the Purchaser; (vi) all counterparties to each of the Debtor's executory contracts and/or leases, and (vii) parties who have filed notices of appearance; and it is further

**ORDERED,** objections, if any, to entry of the Sale Procedures Order may be made prior to and at the hearing. Objections made prior to the hearing should be made in writing, filed with the Court on the Court's Electronic Case Filing System, at [www.ecf.nysb.uscourts.gov](www.ecf.nysb.uscourts.gov) (login and password required), with a hard copy delivered directly to the Chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court, 300 Quarropas Street, Courtroom 118, White Plains, New York 10604, and be served upon: (i) counsel to the Debtor, Rattet, Pasternak & Gordon Oliver, LLP, 550 Mamaroneck Ave, Suite 510, Harrison, New York 10528, Attn: Jonathan S. Pasternak, Esq.; (ii) counsel to the Purchaser,

Troutman Sanders LLP, The Chrysler Building, 405 Lexington Avenue, New York, New York 10174, Attn: John P. Campo, Esq.; and (iii) counsel to the Official Committee of Unsecured Creditors, Platzer, Swergold, Karlin, Levine, Goldberg & Jaslow, LLP, 1065 Avenue of the Americas 18th Floor, New York, NY 10018, Attn: Henry Swergold, Esq.; and it is further

**ORDERED,** that proof of service in accordance with this Scheduling Order shall be filed with the Bankruptcy Court prior to the Hearing.

Dated: White Plains, New York
       January __, 2011

                HONORABLE ROBERT D. DRAIN
                UNITED STATES BANKRUPTCY JUDGE